```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :
                                                     :        15-CR-537 (VEC)
           -against-                  :
                                                   :        ORDER
   JOSEPH ANDERSON,                :
                                                 :
                             Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 16, 2022, the Court was informed by the U.S. Department of Probation that Mr. Anderson was arrested;

      IT IS HEREBY ORDERED that a status conference will be held on **Thursday, October 6, 2022 at 10:30 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: September 16, 2022
      New York, NY

                                                                   **VALERIE CAPRONI**
                                                                   **United States District Judge**