

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2023

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Joseph Anderson*, 15 Cr. 537 (VEC)

Dear Judge Caproni:

The Government writes regarding defendant Joseph Anderson's pending violation of supervised release ("VOSR") proceeding in the above-captioned case. By letter dated October 21, 2022, the Government informed the Court that it had charged the defendant by complaint with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 (*U.S. v. Anderson*, 22-mj-08171), and it requested that the Court adjourn the defendant's VOSR status conference until a date after April 25, 2023. The Court granted the Government's request and set a VOSR status conference for April 27, 2023. The Court also ordered the Government to keep it apprised of the status of the new federal case.

On January 12, 2023, a federal Grand Jury returned an Indictment charging the defendant with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2. The case, *U.S. v. Anderson*, 23 Cr. 17 (ALC), was wheeled out to the Honorable Andrew L. Carter, Jr. The Government will continue to update the Court regarding significant developments in Case No. 23 Cr. 17.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ William C. Kinder
William C. Kinder
Assistant United States Attorney
(212) 637-2394

cc:   Lorraine Gauli-Rufo, counsel to the defendant (by ECF)